# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2014

Robert P. Young, Jr.,
Chief Justice

148524-5

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

NORTHLINE EXCAVATING, INC.,
     Plaintiff-Appellee,

v

    SC: 148524
    COA: 304964
    Livingston CC: 08-023388-CK

COUNTY OF LIVINGSTON and LIVINGSTON
COUNTY BOARD OF PUBLIC WORKS,
     Defendants-Appellants,
and
ENGINEERING TECHNOLOGIES
CORPORATION, KENNETH COUSINO, and
BRENDAN COUSINO,
     Defendants.
_____/

LIVINGSTON COUNTY BOARD OF PUBLIC
WORKS,
     Plaintiff/Counter Defendant-Appellant,

v

    SC: 148525
    COA: 305689
    Livingston CC: 08-023815-CK

HANOVER INSURANCE COMPANY,
     Defendant/Counter Plaintiff/Cross-
     Plaintiff-Appellee,
and
COUNTY OF LIVINGSTON,
     Cross-Defendant-Appellant,
and
NORTHLINE EXCAVATING, INC.,
ENGINEERING TECHNOLOGIES
CORPORATION, BRENDAN COUSINO, and
KENNETH COUSINO,
     Cross-Defendants.
_____/

    On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2014

Clerk

p0923